No. 655.   TURNER ET AL. *v.* CALIFORNIA.

*Per Curiam:* The appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE REED are of the opinion probable jurisdiction should be noted. *James C. Ingebretsen* for appellants. *Roger Arnebergh* and *Philip E. Grey* for appellee.

No. 666.   OHIO EX REL. HAWKE *v.* BROWN, SECRETARY OF STATE OF OHIO. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *George S. Hawke* for appellant. *C. William O'Neil,* Attorney General of Ohio, and *Joseph S. Gill,* First Assistant Attorney General, for appellee.